## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re | Case No. 20-31476 |
| Tuesday Morning Corporation et al., | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF CLAIM TRANSFER FROM GT DIRECT CORPORATION TO CEDAR GLADE LP

Counsel to Cedar Glade LP hereby withdraws the Notice of Transfer from GT Direct Corporation to Cedar Glade LP [ECF No. 1274] filed on October 13, 2020 pursuant to Rule 3001(e)(1).

Dated:  October 22, 2020        By: */e/ Kesha Tanabe*
                                Kesha L. Tanabe, Esq., ID #0387520
                                1515 Canadian Pacific Plaza
                                120 South Sixth Street
                                Minneapolis, MN 55402
                                kesha@tanabelaw.com

                                **COUNSEL TO CEDAR GLADE LP**