Edward L. Schnitzer (admitted *pro hac vice*)
Gilbert R. Saydah, Jr. (admitted *pro hac vice*)
Texas Bar No. 24027836
David M. Banker (admitted *pro hac vice*)
Montgomery McCracken Walker & Rhoads LLP
437 Madison Ave., 24th Floor
New York, NY 10022
Telephone: (212) 867-9500
Facsimile: (212) 599-5085
Email: eschnitzer@mmwr.com
Email: gsaydah@mmwr.com
Email: dbanker@mmwr.com

Kevin M. Lippman
Texas Bar No. 00784479
Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: klippman@munsch.com
Email: dperry@munsch.com

*Attorneys for the Official Committee of Unsecured
Creditors of Tuesday Morning Corporation, et al.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TUESDAY MORNING CORPORATION, *et al.*,[1] | § | Case No. 20-31476-HDH-11 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST**

The Official Committee of Unsecured Creditors for Tuesday Morning Corporation, *et al.*

files this its Witness and Exhibit List for the hearing scheduled on November 10, 2020 at 1:30 p.m.

(CT):

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Tuesday Morning Corporation (8532) ("TM Corp"); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2294) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP").  The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

**Page 1**

### I.     Witnesses

1.  Kevin M. Lippman, Munsch Hardt Kopf & Harr, P.C.

2.  David Berliner, BDO.

3.  David Banker, Montgomery McCracken Walker & Rhoads LLP.

4.  Any person necessary to authenticate a document.

5.  Any person designated by any other party.

6.  Rebuttal and/or impeachment witnesses as may be appropriate.

### II.     Exhibits

1.  *First Interim Application of Munsch Hardt Kopf & Harr, P.C., Attorneys for the Official Committee of Unsecured Creditors, for the Allowance of Professional Fees and Reimbursement of Expenses* [Docket No. 1163].

2.  *First Interim Application of Montgomery McCracken Walker & Rhoads LLP, Attorneys for the Official Committee of Unsecured Creditors, for the Allowance of Professional Fees and Reimbursement of Expenses* [Docket No. 1164].

3.  *First Interim Application of BDO Consulting Group, LLC Financial Advisors for the Official Committee of Unsecured Creditors of Tuesday Morning Corporation, et al. for the Allowance of Fees* [Docket No. 1165].

4.  *Notice of Hearing* [Docket No. 166].

5.  Demonstrative exhibit(s).

6.  Any document filed in the Debtors' bankruptcy cases.

7.  Any exhibit(s) designated or admitted into evidence by any other party.

8.  Rebuttal and/or impeachment exhibits as appropriate.

The Committee reserves the right to amend and/or supplement this Witness and Exhibit List.

Dated:  November 6, 2020

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ *Deborah M. Perry*
      Kevin M. Lippman
      Texas Bar No. 00784479
      Deborah M. Perry
      Texas Bar No. 24002755
      500 N. Akard Street, Suite 3800
      Dallas, Texas 75201-6659
      Telephone:  (214) 855-7500
      Facsimile:   (214) 855-7584
      Email:  klippman@munsch.com
      Email:  dperry@munsch.com

- and –

Edward L. Schnitzer (admitted *pro hac vice*)
Gilbert R. Saydah, Jr. (admitted *pro hac vice*)
(Texas Bar No. 24027836)
David M. Banker (admitted *pro hac vice*)
Montgomery McCracken Walker & Rhoads LLP
437 Madison Ave., 24th Floor
New York, NY 10022
Telephone:  (212) 867-9500
Facsimile:  (212) 599-5085
Email:  eschnitzer@mmwr.com
Email:  gsaydah@mmwr.com
Email:  dbanker@mmwr.com

***Attorneys for the Official Committee of Unsecured Creditors of Tuesday Morning Corporation, et al.***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 6th day of November, 2020, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this Bankruptcy Case.

               /s/ *Deborah M. Perry*
               Deborah M. Perry