

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 23, 2020**                                      **United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tuesday Morning Corporation, *et al.*,[1] | § | Case No. 20-31476 |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION UNDER BANKRUPTCY CODE
§ 1121(d) FOR EXTENSION OF DEBTORS' EXCLUSIVITY PERIOD
TO FILE A PLAN AND SOLICIT VOTES IN CONNECTION THEREWITH**

The Court has considered the *Debtors' Motion Under Bankruptcy Code § 1121(d) for*

*Extension of Debtors' Exclusivity Period to File a Plan and Solicit Votes in Connection Therewith*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

4843-0932-8850

(the "Motion"),[2] filed by Tuesday Morning Corporation, *et al.* (collectively, the "Debtors"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc*, Miscellaneous Rule No. 33 (N.D. Tex. Aug. 3, 1984); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code § 1121(d), the Exclusivity Period for the Debtors to file a Chapter 11 plan and solicit acceptances is hereby extended for sixty (60) days to and including January 22, 2020, without prejudice to the Debtors' right to seek additional and further extensions of this period.

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

4843-0932-8850

3.  If the Debtors' plan of reorganization filed at Docket No. 1633 (as may be amended) (the "Plan") is not confirmed at the confirmation hearing currently scheduled for December 22, 2020, the Debtors will not object to a motion for expedited relief that the Official Committee of Unsecured Creditors or the Official Committee of Equity Security Holders may file in connection with a motion to terminate or modify the Debtors' exclusive rights to file a plan.

4.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

# # #  END OF ORDER   # # #

**Submitted by:**

**HAYNES AND BOONE, LLP**
Ian T. Peck
State Bar No. 24013306
Jarom J. Yates
State Bar No. 24071134
Jordan E. Chavez
State Bar No. 24109883
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: ian.peck@haynesboone.com
Email: jarom.yates@haynesboone.com
Email: jordan.chavez@haynesboone.com

**ATTORNEYS FOR DEBTORS**

4843-0932-8850