| | |
|---|---|
| Edward L. Schnitzer (admitted *pro hac vice*) | Kevin M. Lippman |
| Gilbert R. Saydah, Jr. (admitted *pro hac vice*) | Texas Bar No. 00784479 |
| Texas Bar No. 24027836 | Deborah M. Perry |
| David M. Banker (admitted *pro hac vice*) | Texas Bar No. 24002755 |
| Montgomery McCracken Walker & Rhoads LLP | MUNSCH HARDT KOPF & HARR, P.C. |
| 437 Madison Ave., 24th Floor | 500 N. Akard Street, Suite 3800 |
| New York, NY 10022 | Dallas, Texas 75201 |
| Telephone: (212) 867-9500 | Telephone: (214) 855-7500 |
| Facsimile: (212) 599-5085 | Facsimile: (214) 855-7584 |
| Email: eschnitzer@mmwr.com | Email: klippman@munsch.com |
| Email: gsaydah@mmwr.com | Email: dperry@munsch.com |
| Email: dbanker@mmwr.com | |

*Attorneys for the Official Committee of Unsecured
Creditors of Tuesday Morning Corporation, et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TUESDAY MORNING CORPORATION, | § | Case No. 20-31476-HDH-11 |
| *et al.*,[1] | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors for Tuesday Morning Corporation, *et al.* files this its Amended Witness and Exhibit List for the hearing scheduled on December 22, 2020 at 10:00 a.m. (CT) to designate witnesses it may call and exhibits it may use at the hearing:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp"); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2294) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

**Page 1**

## I.     Witnesses

1. David Berliner.

2. Any person necessary to authenticate a document.

3. Any person designated by any other party.

4. Rebuttal and/or impeachment witnesses as may be appropriate.

## II.     Exhibits

1. Declaration of Barry Folse in Support of Confirmation of the Revised Second Amended Joint Plan of Reorganization of Tuesday Morning Corporation, *et al.,* Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [Docket No. 1874].

2. First Request for the Production of Documents.

3. Debtors' Amended Objections and Responses to First Request for the Production of Documents.

4. Disclosure Statement in Support of the Revised Second Amended Joint Plan of Reorganization of Tuesday Morning Corporation, *et al.,* Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [Docket No. 1634].

5. Notice of Plan Supplement [Docket No. 1788].

6. Debtors' Domestic Purchase Order Vendor Manual.

7. David E. Berliner, CPA, CTP, CIRA, CFF, MBA Curriculum Vitae.

8. Debtors' 10-Q for quarter ending 9/30/20.

9. Demonstrative exhibit(s).

10. Any document filed in the Debtors' bankruptcy cases.

11. Any exhibit(s) designated or admitted into evidence by any other party.

12. Rebuttal and/or impeachment exhibits as appropriate.

The Committee reserves the right to amend and/or supplement this Amended Witness and Exhibit List.

Dated: December 21, 2020

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ *Kevin M. Lippman*
    Kevin M. Lippman
    Texas Bar No. 00784479
    Deborah M. Perry
    Texas Bar No. 24002755
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    Email: klippman@munsch.com
    Email: dperry@munsch.com

- and –

Edward L. Schnitzer (admitted *pro hac vice*)
Gilbert R. Saydah, Jr. (admitted *pro hac vice*)
(Texas Bar No. 24027836)
David M. Banker (admitted *pro hac vice*)
Montgomery McCracken Walker & Rhoads LLP
437 Madison Ave., 24th Floor
New York, NY 10022
Telephone: (212) 867-9500
Facsimile: (212) 599-5085
Email: eschnitzer@mmwr.com
Email: gsaydah@mmwr.com
Email: dbanker@mmwr.com

*Attorneys for the Official Committee of Unsecured Creditors of Tuesday Morning Corporation, et al.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2020, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this Bankruptcy Case.

/s/ *Kevin M. Lippman*
    Kevin M. Lippman