Ian T. Peck
State Bar No. 24013306
Jarom J. Yates
State Bar No. 24071134
Jordan E. Chavez
State Bar No. 24109883
David L. Staab
State Bar No. 24093194
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: ian.peck@haynesboone.com
Email: jarom.yates@haynesboone.com
Email: jordan.chavez@haynesboone.com
Email: david.staab@haynesboone.com

**ATTORNEYS FOR REORGANIZED DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tuesday Morning Corporation, *et al.*,[1] | § | Case No. 20-31476-HDH-11 |
| | § | |
| Reorganized Debtors. | § | Jointly Administered |

**REORGANIZED DEBTORS' NOTICE OF RESOLUTION OF CLAIM
NO. 11101 FILED BY TANNOURJI FAMILY TRUST FOR STORE #972**

**PLEASE TAKE NOTICE** that the Reorganized Debtors hereby file this *Notice of Resolution of Claim No. 11101 Filed by TANNOURJI FAMILY TRUST for Store #972* (the "Notice of Resolution") and represent as follows:

1.    TANNOURJI FAMILY TRUST filed Proof of Claim No. 11101 on 8/27/2020 in the amount of $99,568.00.

---

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Reorganized Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

2. The *Revised Second Amended Joint Plan of Reorganization of Tuesday Morning Corporation, et al., Pursuant to Chapter 11 of the Bankruptcy Code (Confirmed Version)* (the "Plan") went effective on December 31, 2020.

3. Pursuant to Article VII.A of the Plan, the Reorganized Debtors are authorized to settle or compromise Disputed Claims. This Notice of Resolution is being filed pursuant to Article VII.A of the Plan.

4. After reviewing their books and records and engaging in discussions with TANNOURJI FAMILY TRUST, the Reorganized Debtors have reached an agreement to resolve the TANNOURJI FAMILY TRUST Claim pursuant to which TANNOURJI FAMILY TRUST will be granted an Allowed Claim in the amount of $93,968.00, plus interest calculated at the federal judgment rate of 0.16% from the Petition Date to actual payment date, in full and final satisfaction of all prepetition and pre-effective date claims by TANNOURJI FAMILY TRUST against the Debtors and the Reorganized Debtors.

DATED this 4th day of May, 2021.

**HAYNES AND BOONE, LLP**

By: */s/ Jordan E. Chavez*
Ian T. Peck
State Bar No. 24013306
Jarom J. Yates
State Bar No. 24071134
Jordan E. Chavez
State Bar No. 24109883
David L. Staab
State Bar No. 24093194
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: ian.peck@haynesboone.com
Email: jarom.yates@haynesboone.com
Email: jordan.chavez@haynesboone.com
Email: david.staab@haynesboone.com

**ATTORNEYS FOR REORGANIZED DEBTORS**

**AGREED:**

**TANNOURJI FAMILY TRUST**

By: */s/ Mansour Tannourji*
Mansour Tannourji, Trustee