## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Tuesday Morning Corporation,** *et al.*, | Case No. 20-31476-HDH-11 |
| **Reorganized Debtors.**[1] | (Jointly Administered) |
| | Ref Docket No. 2508 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2021, I caused to be served the "Reorganized Debtors' Notice of Resolution of Claim No. 10686 Filed by Ogletree Deakins," dated July 14, 2021 [Docket No. 2508], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to: *shunkisha.beeks@ogletreedeakins.com*, *rsd@ogletreedeakins.com*, and *acctsrec@odnss.com*.

---

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
15th day of July, 2021
*/s/ Regina Amporfro*
Notary Public, State of New York
Acct. No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

TUESDAY MORNING
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OGLETREE | P O BOX 89 COLUMBIA SC 29202 |
| OGLETREE DEAKINS | 50 INTERNATIONAL DR PATEWOOD 4, STE 300 GREENVILLE SC 29615 |

**Total Creditor count 2**