**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Tuesday Morning Corporation,** *et al.,*[1] | Case No. 20-31476-HDH-11 |
| **Reorganized Debtors.** | (Jointly Administered) |
| | Ref Docket No. 2590 |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2021, I caused to be served the "Reorganized Debtors' Motion for Entry of Final Decree Pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022," dated August 30, 2021 [Docket No. 2590], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Reorganized Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
31st day of August, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

# TUESDAY MORNING
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALABAMA DEPARTMENT OF LABOR | 649 MONROE ST MONTGOMERY AL 36131 |
| AQUA LEISURE INDUSTRIES | ATTN NIKKI VARELA 525 BODWELL ST EXT AVON MA 02322 |
| BAIRD MANDALAS BROCKSTEDT LLC | (COUNSEL TO WESTGATE LAND UNIT 4 LLC) ATTN STEPHEN W SPENCE, ESQ 1413 SAVANNAH RD, STE 1 LEWES DE 19958 |
| BAKER BOTTS LLP | (CO-COUNSEL TO FRANCHISE GROUP INC) ATTN FAREED KAISANI 2001 ROSS AVE, STE 900 DALLAS TX 75201 |
| BUXTON COMPANY | ATTN DARCY MAY 2651 S POLARIS DR FORT WORTH TX 76137 |
| CA ENVIRONMENTAL PROTECTION AGENCY | ATTN JARED BLUMENFELD SECRETARY FOR ENVIRONMENTAL PROTECTION 1001 I ST SACRAMENTO CA 95814 |
| CHATHAM COUNTY TAX COMMISSIONER | ATTN THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| COLORADO DEPT OF LABOR AND EMPLOYMENT | 633 17TH ST, STE 201 DENVER CO 80202-3660 |
| COWLES & THOMPSON PC | (COUNSEL TO CLEARVIEW RICHARDSON LP) ATTN WILLIAMS L SIEGEL 901 MAIN ST, STE 3900 DALLAS TX 75202 |
| CT CORPORATION SYSTEM | ATTN KRYSTINA EHRLICH PO BOX 4349 CAROL STREAM IL 60197-4349 |
| DELAWARE DEPARTMENT OF LABOR | 4425 N MARKET S WILMINGTON DE 19802 |
| FLORIDA DEPT OF LABOR | ATTN DEPT OF ECONOMIC OPPORTUNITY 107 E MADISON ST CALDWELL BLDG TALLAHASSEE FL 32399-4120 |
| GEORGIA DEPT OF LABOR | 148 ANDREW YOUNG INTERNATIONAL BLVD, STE 850 ATLANTA GA 30303 |
| GREENBERG TRAURIG LLP | (COUNSEL TO MGP IX PROP'S LLC & BUSINESS PROP'S PARTNERSHIP NO 6) ATTN DAVID R EASTLAKE 1000 LOUISIANA ST, STE 1700 HOUSTON TX 77002 |
| HOME ESSENTIALS AND BEYOND INC | ATTN LOUELDA SANTOS 200 THEODORE CONRAD DR JERSEY CITY NJ 07305 |
| ILLINOIS DEPT OF LABOR | MICHAEL A BILANDIC BLDG 160 N LA SALLE ST, C-1300 CHICAGO IL 60601 |
| ILLINOIS DEPT OF LABOR | 900 S SPRING ST SPRINGFIELD IL 62704 |
| ILLUMETEK COMP | ATTN KAITLYN ZEVCHEK 1100 GRAHAM RD CIR STOW OH 44224 |
| INDIANA DEPARTMENT OF LABOR | 402 W WASHINGTON ST, RM W195 INDIANAPOLIS IN 46204 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES INSOLVENCY PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CTR OGDEN UT 84201 |
| JPMORGAN CHASE BANK NA, AS ADMINISTRATIVE AGENT | 10 S DEARBORN, FL 12, IL1-1145 CHICAGO IL 60603 |
| KANSAS DEPT OF LABOR | 401 SW TOPEKA BLVD TOPEKA KS 66603 |
| KENTUCKY LABOR CABINET | 1047 US HWY 127 S, STE 4 FRANKFORT KY 40601 |
| KENTUCKY LABOR CABINET | 657 CHAMBERLIN AVE FRANKFORT KY 40601 |
| LEON SA INCOME PARTNERS LP | 3345 BEE CAVE RD, STE 208 WEST LAKE HILLS TX 78746 |
| LOLOI RUGS | ATTN ALIREZA SOLEIMANI PO BOX 95344 GRAPEVINE TX 76099-9732 |
| MCGARRAH JESSEE | ATTN ROD MARTIN 121 W 6TH ST AUSTIN TX 78701-2913 |
| MEYERS RODBELL & ROSENBAUM PA | (COUNSEL TO PRINCE GEORGE'S COUNTY, MARYLAND) ATTN NICOLE C KENWORTHY 6801 KENILWORTH AVE, STE 400 RIVERDALE MD 20737-1385 |
| MICHIGAN WORKFORCE DEVELOPMENT AGENCY | VICTOR OFFICE CTR 201 N WASHINGTON SQ LANSING MI 48913 |
| MISSISSIPPI DEPT OF EMPLOYMENT SECURITY | ATTN OFFICE OF THE GOVERNOR 1235 ECHELON PKWY PO BOX 1699 JACKSON MS 39215-1699 |
| NEVADA OFFICE OF THE LABOR COMMISSIONER | ATTN OFFICE OF THE LABOR COMMISSIONER 3300 W SAHARA AVE, STE 225 LAS VEGAS NV 89102 |
| NEVADA OFFICE OF THE LABOR COMMISSIONER | ATTN OFFICE OF THE LABOR COMMISSIONER 1818 COLLEGE PKWY, STE 102 LAS VEGAS NV 89706 |
| NEW MEXICO DEPT OF LABOR | 401 BROADWAY NE ALBUQUERQUE NM 87102 |
| NEW MEXICO DEPT OF LABOR | PO BOX 1928 ALBUQUERQUE NM 87103 |
| NEW YORK STATE DEPT OF LABOR | WA HARRIMAN CAMPUS, BLDG 12 ALBANY NY 12240 |
| NORTH CAROLINA DEPT OF LABOR | 4 W EDENTON ST RALEIGH NC 27603 |
| NORTH CAROLINA DEPT OF LABOR | 1101 MAIL SERVICE CTR RALEIGH NC 27699-1101 |
| NSA MEDIA GROUP INC | ATTN ANN ZVOSEC 3025 HIGHLAND PKWY, STE 700 DOWNERS GROVE IL 60515-7072 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN NANCY SUE RESNICK 1100 COMMERCE ST, RM 976 DALLAS TX 75242 |

| Claim Name | Address Information |
|---|---|
| PADFIELD & STOUT LLP | (COUNSEL TO SCENTSIBLE LLC D/B/A POO~POURRI) ATTN JEFFREY V LEAVERTON 420 THROCKMORTON ST, STE 1210 FORT WORTH TX 76102 |
| PENNSYLVANIA DEPT OF LABOR AND INDUSTRY | 30 S 17TH ST, STE 1500 UNITED STATES PLAZA PHILADELPHIA PA 19103-4007 |
| PRIVILEGE INTERNATIONAL INC | ATTN CHRISTINE ALVARADO 2323 E FIRESTONE BLVD SOUTH GATE CA 90280 |
| ROYALE LINENS INC | ATTN TERRI COLLORA 325 DUFFY AVE HICKSVILLE NY 11801 |
| S&D LAW | (COUNSEL TO AM CAP HARMONY LLC & AMCAP NORTHPOIN II LLC) ATTN STEVEN W KELLY, ESQ 1290 BROADWAY, STE 1650 DENVER CO 80203 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN SEC HEADQUARTERS 100 F ST NE WASHINGTON DC 20549 |
| SL HOME FASHIONS INC | ATTN LUPE GARCIA 5601 DOWNEY RD VERNON CA 90058-3719 |
| SOUTH CAROLINA DEPT OF LABOR | LICENSING AND REGULATION 1550 GADSDEN ST PO BOX 995 COLUMBIA SC 29202 |
| SOUTH DAKOTA DEPT OF LABOR | 123 W MISSOURI AVE PIERRE SD 57501-0405 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TENNESSEE DEPT OF LABOR AND WORKFORCE DEVELOPMENT | 220 FRENCH LANDING DR NASHVILLE TX 37243 |
| TEXAS DEPARTMENT OF INSURANCE | 333 GUADALUPE AUSTIN TX 78701 |
| TEXAS DEPARTMENT OF INSURANCE | PO BOX 149104 AUSTIN TX 78714-9104 |
| VIRGINIA DIVISION OF LABOR AND INDUSTRY | 600 E MAIN ST, STE 207 RICHMOND VA 23219 |
| VIRGINIA DIVISION OF LABOR AND INDUSTRY | 13 S 13TH ST RICHMOND VA 23219-4101 |
| VSS TRANSPORTATION GROUP INC | C/O ADVANCE BUSINESS CAPITAL LLC ATTN DIANE DAVER PO BOX 610028 DALLAS TX 75261-0028 |
| WASHINGTON DEPT OF LABOR AND INDUSTRIES | 7273 LINDERSON WAY SW TUMWATER WA 98501-5414 |
| WASHINGTON DEPT OF LABOR AND INDUSTRIES | PO BOX 44000 TUMWATER WA 98501-5414 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 1445 ROSS AVE, 3RD FL DALLAS TX 75202 |
| WELLS FARGO VENDOR SERV LLC | F/K/A GE CAP INFO TECHNOLGY SOLUTIONS ATTN A RICOH USA PROGRAM F/D/B/A IKON FIN SERV PO BOX 13708 MASON GA 31208-3708 |
| WERNER ENTERPRISES INC | ATTN BRAD ROSS 111 W MONROE ST CHICAGO IL 60603 |
| WISCONSIN DEPT OF WORKFORCE DEVELOPMENT | 201 E WASHINGTON AVE MASION WI 53703 |
| WISCONSIN DEPT OF WORKFORCE DEVELOPMENT | PO BOX 7946 MASION WI 53707-7946 |
| YANKEE CANDLE CO INC | ATTN GENERAL COUNSEL PO BOX 405037 ATLANTA GA 30384-5037 |
| YMF CARPET INC | ATTN KELLY ADDESSI 201B MIDDLESEX CENTER BLVD MONROE TOWNSHIP NJ 08831 |

**Total Creditor count  66**

Tuesday Morning Corporation, et al.
Case No. 20-31476-HDH-11
Additional First-Class Parties

| | |
|---|---|
| CLASSIC CONCEPTS<br>ATTN: NORMA FLORES<br>PO BOX 846936<br>LOS ANGELES, CA  90084-6936 | THOMPSON & KNIGHT LLP<br>(COUNSEL TO ANITA DAYA)<br>MITCHELL AYER<br>811 MAIN STREET, SUITE 2500<br>HOUSTON, TEXAS 77002 |

**EXHIBIT B**

| Name | Email |
|---|---|
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | CTIMMONS@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |
| AKERMAN LLP | DAVID.PARHAM@AKERMAN.COM; MICHAEL.NAPOLI@AKERMAN.COM |
| ALLEN MATKINS LECK GAMBLE & NATSIS LLP | IGOLD@ALLENMATKINS.COM |
| AMERICAN CRAFTS | ACCOUNTS.RECEIVABLE@AMERICANCRAFTS.COM |
| AMERICAN TEXTILE COMPANY | SNEIL@AMERICANTEXTILE.COM |
| AQ TEXTILES | KOVERSTREET@AQTEXTILESUSA.COM |
| ARGENTO SC PET | DIANA.ISER@ARGENTOSC.COM |
| ARKANSAS DEPT OF LABOR | ASKLABOR@ARKANSAS.GOV |
| ASK LLP | ENEIGER@ASKLLP.COM; MUDEM@ASKLLP.COM |
| ASK LLP | KCASTEEL@ASKLLP.COM; BRUBIS@ASKLLP.COM |
| AZZURE HOME INC | TAL.CHALOUH@AZZUREHOME.COM |
| BAKER BOTTS LLP | KEVIN.CHIU@BAKERBOTTS.COM; EMANUEL.GRILLO@BAKERBOTTS.COM |
| BALLARD SPAHR LLP | GANZC@BALLARDSPAHR.COM; ANDERSONSANCHEZK@BALLARDSPAHR.COM; BRANCHD@BALLARDSPAHR.COM; HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BARRON & NEWBURGER P.C. | BBARRON@BN-LAWYERS.COM; SSATHER@BN-LAWYERS.COM |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM |
| BENSON MILLS INC | GABE@BENSONMILLS.COM |
| BEST BRANDS CONSUMER PRODUCTS INC | MAXK@BESTBRANDS.COM |
| BLANK ROME LLP | JHUBER@BLANKROME.COM |
| BLANK ROME LLP | LUCIAN@BLANKROME.COM; JBIBILONI@BLANKROME.COM |
| BLUE RIDGE HOME FASHIONS, INC | JENNY.DAM@BLUERIDGEHOME.COM |
| BORGES & ASSOCIATES | BANKRUPTCY@BORGESLAWLLC.COM |
| BRANSCOMB PLLC | PAUTRY@BRANSCOMBLAW.COM |
| BROOKFIELD PROPERTY REIT INC | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| BROUSE MCDOWELL, LPA | TREARDON@BROUSE.COM |
| BUCHALTER, A PROFESSIONAL CORP | SCHRISTIANSON@BUCHALTER.COM |
| BUNZL RETAIL SERVICES | TONI.QUACH@BUNZLBRS.COM |
| C. DANIEL ROBERTS P.C. | DROBERTS@CDRLAW.NET |
| CAFARO MANAGEMENT COMPANY | LMADGAR@CAFAROCOMPANY.COM |
| CAHILL GORDON & REINDEL LLP | MCOLPO@CAHILL.COM |
| CALIFORNIA AIR RESOURCES BOARD | PENNY.FONG@ARB.CA.GOV |
| CASUAL CUSHION CORP | JASON@CASUALCUSHION.COM |
| CHAPOTON SANDERS SCARBOROUGH LLP | AMAY@CSS-FIRM.COM |
| CHD HOME TEXTILES LLC | PRISCILA@CHDCRESTHOME.COM |
| CHOATE HALL & STEWART LLP | JVENTOLA@CHOATE.COM; SLONDON@CHOATE.COM; JMARSHALL@CHOATE.COM |
| CITY LIGHTING PRODUCTS CO CHARL | PGHACCOUNTING@CITYLIGHTING.COM |
| CLARK HILL PLC | DBLAU@CLARKHILL.COM |
| CLARK HILL STRASBURGER | AEDSON@CLARKHILL.COM |
| CLASSIC CONCEPTS | NORMA.MONDRAGON@CLASSICHOME.COM |
| COLONNADE AT POLO PARK LP | INFO@WOODCRESTCAPITAL.COM |
| CRAWFORD, WISHNEW & LANG PLLC | mlang@cwl.law; dwishnew@cwl.law |
| CREATIVE CONVERTING | ANN.KNAPP@CREATIVECONVERTING.COM |
| CULHANE MEADOWS PLLC | RGRANT@CM.LAW |
| DAVIS & FIELDS PC | RDAVIS@DAVIS-FIELDS.COM |
| DEEP CYBER SECURITY INC | SDARK@DEEPCYBERSEC.COM |
| DLA PIPER LLP (US) | ANDREW.ZOLLINGER@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | RICHARD.KREMEN@US.DLAPIPER.COM; KRISTY.GRACE@US.DLAPIPER.COM |
| E & E CO LTD A/R DEPT | STACEY.MARTINEZ@JLAHOME.COM |
| ENACTOR LLC | EMMA.HARWOOD@ENACTOR.CO.UK |
| ENLEY BENITEZ LAW PC | KAREN@EBLAWTEXAS.COM |
| ERIN NEALY COX | DONNA.WEBB@USDOJ.GOV |
| FACTOR LAW | WFACTOR@WFACTORLAW.COM |

TUESDAY MORNING CORPORATION - Case No. 20-31476
Electronic Mail – Master Service List

| Name | Email |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | KRISTEN.PERRY@FAEGREDRINKER.COM; VINCE.SLUSHER@FAEGREDRINKER.COM; JAMES.MILLAR@FAEGREDRINKER.COM |
| FROST BROWN TODD LLC | MPLATT@FBTLAW.COM |
| FROST BROWN TODD LLC | RGOLD@FBTLAW.COM |
| GOODKIN LAW GROUP, APC | MSHAKOURI@GOODKINLAW.COM |
| GOODWIN PROCTER LLP | WWEINTRAUB@GOODWINLAW.COM; BBAZIAN@GOODWINLAW.COM |
| GRAYROBINSON, P.A. | STEVEN.SOLOMON@GRAY-ROBINSON.COM |
| GREENBERG TRAURIG, LLP | GUESSD@GTLAW.COM; WEIRJ@GTLAW.COM |
| HASBRO | SAMANTHA.ORTIZ@C.HASBRO.COM |
| HODGSON RUSS LLP | JTHOMAN@HODGSONRUSS.COM |
| HOME DYNAMIX | MRIVERS@TNCLIVING.COM |
| HUBBARD, MCILWAIN & BRAKEFIELD, P.C. | BANKRUPTCY@HUBBARDFIRM.COM |
| INDUSTRIAL COMMISSION OF ARIZONA | KARA.DIMAS@AZICA.GOV |
| JACKSON WALKER LLP | JWERTZ@JW.COM |
| JACKSON WALKER LLP | VANAYA@JW.COM |
| JOFRAN INC | JOFF@JOFRAN.COM |
| KAPLIN STEWART MELOFF REITER & STEIN PC | WLEVANT@KAPLAW.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; JRAVIELE@KELLEYDRYE.COM; SWILSON@KELLEYDRYE.COM |
| KEN BURTON JR, MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| KESSLER & COLLINS | HRUBIN@KESSLERCOLLINS.COM |
| KIEFFER & CO INC | KWILSON@KIEFFERSTARLITE.COM |
| KIRKLAND & ELLIS LLP | RYAN.BENNETT@KIRKLAND.COM; HEIDI.HOCKBERGER@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ANNA.ROTMAN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | JEREMY.FIELDING@KIRKLAND.COM |
| L R RESOURCES INC | FORAM@LRRESOURCES.COM |
| LANE & NACH PC | ADAM.NACH@LANE-NACH.COM |
| LAW OFFICES OF RONALD J. JOHNSON | RONJOHNSON@RJJOHNSONLAW.COM |
| LENOX CORPORATION | LISA_JANUSZ-MCDONNELL@LENOX.COM |
| LIFETIME BRANDS INC | CHRISTINE.KRIEGL@LIFETIMEBRANDS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LOEWINSOHN FLEGLE DEARY SIMON LLP | DANW@LFDSLAW.COM |
| LOUISIANA WORKFORCE COMMISSION | OWD@LWC.LA.GOV |
| LOZIER STORE FIXTURES LLC | DENISE.MICHAELSEN@LOZIER.BIZ |
| MARSHALL LAW | JMARSHALL@MARSHALLLAW.NET |
| MARYLAND DEPT OF LABOR | DLDLILABORINDUSTRY-DLLR@MARYLAND.GOV |
| MCCREARY VESELKA BRAGG & ALLEN PC | TLEDAY@MVBALAW.COM |
| MCGUIRE CRADDOCK & STROTHER PC | MTAUBENFELD@MCSLAW.COM |
| MILBERG FACTORS OF CALIFORNIA INC. | BMACHOWSKY@MILFAC.COM; MSABONY@MILFAC.COM |
| MINNESOTA DEPT OF LABOR AND INDUSTRY | DLI.COMMUNICATIONS@STATE.MN.US |
| MISSOURI DEPT OF LABOR AND | DIROFFICE@LABOR.MO.GOV |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ESCHNITZER@MMWR.COM; GSAYDAH@MMWR.COM; DBANKER@MMWR.COM |
| MOORE & ASSOCIATES | CURT@MOOREANDASSOCIATES.NET |
| MOORE INGRAM JOHNSON & STEELE, LLP | JBSIMPSON@MIJS.COM |
| MOORE & VAN ALLEN PLLC | DAVIDWHEELER@MVALAW.COM; REIDDYER@MVALAW.COM |
| MOORING RECOVERY SERVICES, INC. | AR@MOORINGUSA.COM |
| MUNSCH HARDT KOPF & HARR PC | KLIPPMAN@MUNSCH.COM; DPERRY@MUNSCH.COM |
| NATIONWIDE RETAIL SERVICES INC | RANDYHUGHES@NATIONWIDERETAILSERVICES.COM |
| NEW JERSEY DEPT OF LABOR | WAGE.HOUR@DOL.NJ.GOV |
| NORTH DAKOTA DEPT OF LABOR | LABOR@ND.GOV |
| NOURISON INDUSTRIES INC | JONATHAN.STERN@NOURISON.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | JASON.BINFORD@OAG.TEXAS.GOV |
| OFFICE OF THE CITY ATTORNEY | JAMES.RICHARDS@DALLASCITYHALL.COM |
| OFFICE OF UNEMPLOYMENT COMP. TAX SERVICES, DEPT | RA-LI-UCTS-BANKRUPT@STATE.PA.US |

TUESDAY MORNING CORPORATION - Case No. 20-31476
Electronic Mail – Master Service List

| Name | Email |
| --- | --- |
| OFFIT KURMAN PA | SMETZ@OFFITKURMAN.COM |
| OHIO BUREAU OF EMPLOYMENT SERVICES | WOTC_CONTACT@JFS.OHIO.GOV |
| OKLAHOMA DEPT OF LABOR | LABOR.INFO@LABOR.OK.GOV |
| OREGON BUREAU OF LABOR AND INDUSTRIES | MAILB@BOLI.STATE.OR.US |
| PACHULSKI STANG ZIEHL & JONES LLP | RFEINSTEIN@PSZJLAW.COM; BSANDLER@PSZJLAW.COM; SCHO@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM |
| PAPPAS ROOFING AND CONSTRUCTION | BJACKSON@PAPPASROOFING.BIZ |
| PEACOCK ALLEY INC | SJORGENSON@PEACOCKALLEY.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | LMBKR@PBFCM.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | OSONIK@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP | ECOBB@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP | JBAER@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP | LREECE@PBFCM.COM |
| POOLMASTER INC | NSLOAN@POOLMASTER.COM |
| POPULAR BATH | BILL.HALL@POPULARBATH.COM |
| PREMIER TRANSPORTATION | CORP.INFO@PREMIERTRANSPORTATION.COM |
| QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER PC | JSHEPHERD@QSLWM.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | PATTYTOMASCO@QUINNEMANUEL.COM |
| R.G. BARRY CORPORATION | NDAVIS@RGBARRY.COM |
| RAYMOND LEASING CORPORATION | CUSTOMER.FIRST@RAYMONDCORP.COM |
| REED SMITH LLP | MPCOOLEY@REEDSMITH.COM; DDALCOL@REEDSMITH.COM |
| REVMAN INTERNATIONAL INC | BRACIOPPI@REVMAN.COM |
| RHODE ISLAND DEPT OF LABOR AND TRAINING | DLT.WDS@DLT.RI.GOV |
| RIVERROAD WASTE SOLUTIONS INC | RYAN.SHAUGHNESSY@RUBICON.COM |
| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | FBR@ROBINSONBROG.COM |
| ROSS BANKS MAY CRON & CAVIN PC | JLOMBARDI@ROSSBANKS.COM; JMAYER@ROSSBANKS.COM; CNIVENS@ROSSBANKS.COM |
| S.L. HOME FASHIONS, INC. | BMANWANI@SLHOMEFASHIONS.COM |
| SCHEEF & STONE LLP | PATRICK.SCHURR@SOLIDCOUNSEL.COM |
| SECURITIES AND EXCHANGE COMMISSION | DFW@SEC.GOV |
| SHARF LAW FIRM | MARK@SHARFLAW.COM; MSHARF00@GMAIL.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | JBERNBROCK@SHEPPARDMULLIN.COM; RMCLELLARN@SHEPPARDMULLIN.COM |
| SIMON PROPERTY GROUP INC | RTUCKER@SIMON.COM |
| SINGER & LEVICK PC | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON PC | DPLON@SIRLINLAW.COM |
| SIROTE & PERMUTT PC | SPORTERFIELD@SIROTE.COM |
| SKLAR KIRSH LLP | ILANDSBERG@SKLARKIRSH.COM |
| SMS ASSIST, LLC | ACCOUNTSRECEIVABLE@SMSASSIST.COM |
| SMS ASSIST, LLC | CUSTOMERSERVICE@SMSASSIST.COM |
| SNOW SPENCE GREEN LLP | AARONGUERRERO@SNOWSPENCELAW.COM |
| SPECTOR & COX PLLC | HSPECTOR@SPECTORCOX.COM |
| SPENCER FANE LLP | JSPARKS@SPENCERFANE.COM |
| SQUIRE PATTON BOGGS (US) LLP | STEPHEN.LERNER@SQUIREPB.COM |
| STATE OF CALIFORNIA LABOR AND | EMAIL@LABOR.CA.GOV |
| STUTZMAN BROMBERG ESSERMAN & PLIFKA, A PROF. CORP | DAPICE@SBEP-LAW.COM; FLETCHER@SBEP-LAW.COM |
| SUN N SAND ACCESSORIES | RISH@SUNNSAND.COM |
| SUNSET VISTA DESIGNS INC | CONNIE.WONG@SUNSETVISTADESIGNS.COM |
| SWIFT TRANSPORTATION CORPORATION | SWIFTTRANSPORTATION@BILLTRUST.COM |
| TEXAS SECRETARY OF STATE | SECRETARY@SOS.TEXAS.GOV |
| TEXAS WORKFORCE COMMISSION | OMBUDSMAN@TWC.STATE.TX.US |
| THE CIT GROUP/COMMERCIAL SERVICES INC | JOE.LUX@CIT.COM |
| THE EHRLICH LAW FIRM | WILLIAM@EHRLICHLAWFIRM.COM |
| THE LAW OFFICE OF MARK B FRENCH | MARK@MARKFRENCHLAW.COM; DALLAS@MARKFRENCHLAW.COM |
| THOMPSON & KNIGHT LLP | BRUCE.ZABARAUSKAS@TKLAW.COM |
| THOMPSON & KNIGHT LLP | MITCHELL.AYER@TKLAW.COM |
| THREE HANDS CORP | SHANTA@THREEHANDS.COM |
| TRADE LINES INC | ACCOUNTS@TLI.COM |
| TRAINOR FAIRBROOK | JPRUSKI@TRAINORFAIRBROOK.COM |
| TRAVIS COUNTY | JASON.STARKS@TRAVISCOUNTYTX.GOV |

TUESDAY MORNING CORPORATION - Case No. 20-31476
Electronic Mail – Master Service List

| Name | Email |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE | CURRY.D.MURPHY@USDA.GOV |
| UTAH DEPARTMENT OF AGRICULTURE AND FOOD | UDAF-BEDDING@UTAH.GOV; MJACK@UTAH.GOV |
| UTAH LABOR COMMISSION | LABORCOM@UTAH.GOV |
| VERMONT DEPT OF LABOR AND INDUSTRY | LABOR.WEBINPUT@VERMONT.GOV |
| VINSON & ELKINS LLP | BWALLANDER@VELAW.COM; BFOXMAN@VELAW.COM; MSTRUBLE@VELAW.COM |
| W C HOME FASHIONS LLC | MCAMACHO@BCPHOME.COM |
| WALLER LANSDEN DORTCH & DAVIS LLP | ERIC.TAUBE@WALLERLAW.COM; TRIP.NIX@WALLERLAW.COM |
| WEYCER, KAPLAN, PULASKI & ZUBER P.C. | JCARRUTH@WKPZ.COM |
| WILES & WILES LLP | BANKRUPTCY@EVICT.NET |
| WILLKIE FARR & GALLAGHER LLP | JLONGMIRE@WILLKIE.COM; AMORDKOFF@WILLKIE.COM; DDURSCHLAG@WILLKIE.COM |
| WINSTEAD PC | RPATEL@WINSTEAD.COM; ACHIARELLO@WINSTEAD.COM |
| YANKEE CANDLE CO INC. | ALISON.DIXON@NEWELLCO.COM |
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. | JKATZ@CCSB.COM; SFASSI@CCSM.COM |
| **TOTAL COUNT** | 223 |